UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS ECHEVERRIA, | Case No. CV 15-3991-AJW |
| Petitioner, | |
| v. | JUDGMENT |
| DUFFY, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 11, 2016

_____
Andrew J. Wistrich
United States Magistrate Judge